360 A.2d 668

COMMONWEALTH

v.

SHELTON, Appellant.

Submitted December 30, 1975. Albert John Snite, Jr., and Benjamin Lerner, Defender, for appellant; Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.